**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | **BANKRUPTCY CASE NO. 22-10161-TPA** |
| **Jason Paul Gustafson,** | : | |
| Debtor. | : | |
| | : | **DOCKET NO.: 15** |
| **Jason Paul Gustafson,** | : | |
| Movant. | : | |
| vs. | : | |
| | : | |
| **M&T Bank,** | : | |
| **Quicken Loans,** | : | |
| **John Deere Financial,** | : | |
| | : | |
| **AND** | : | |
| | : | |
| **Ronda J. Winnecour, Esquire.** | : | |
| Chapter 13 Trustee | : | |
| Respondent. | : | |

**CERTIFICATE OF NO OBJECTION REGARDING DEBTOR'S MOTION TO EXTEND THE AUTOMATIC STAY**

The undersigned hereby certifies that, as of the date hereof, no Answer, Objection or other Responsive Pleading to the MOTION TO EXTEND THE AUTOMATIC STAY, filed on March 11, 2021, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no Answer, Objection or other Responsive Pleading to the Complaint appears thereon. Pursuant to the Notice of Hearing, Objections to the Complaint were to be filed and served no later than March 28, 2021.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Date: April 29, 2022

Respectfully submitted,
/s/ Daniel P. Foster, Esquire
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Email: dan@mrdebtbuster.com
Attorney for Debtor

**CERTIFICATE OF SERVICE**

      I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the <u>CERTIFICATE OF NO OBJECTION REGARDING DEBTOR'S MOTION TO EXTEND THE AUTOMATIC STAY</u> by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: <u>April 29, 2022</u>              *By: /s/ Kaitlyn E. Vale*
                                                                  Kaitlyn E. Vale, PARALEGAL
                                                                  FOSTER LAW OFFICES
                                                                  1210 Park Avenue
                                                                  Meadville, PA 16335
                                                                  Tel 814.724.1165
                                                                  Fax 814.724.1158

MATRIX

**Jason Gustafson**
2331 Lake Street
Lake City, PA 16423
*Service via U.S. Mail*

**M&T Bank**
P.O. Box 1508
Buffalo, NY 14240
*Service via U.S. Mail*

**Quicken Loans**
1050 Woodward Avenue
Detroit, MI 48226
*Service via U.S. Mail*

**John Deere Financial**
P.O. Box 4450
Carol Stream, IL 60197
*Service via U.S. Mail*

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com
*Service via CM/ECF*

Office of the U.S. Trustee
ustpregion03.pi.ecf@usdoj.gov
*Service via CM/ECF*