**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
4/29/22 2:52 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 22-10161-TPA |
| | : | |
| Jason Paul Gustafson, | : | CHAPTER 13 |
|     Debtor, | : | |
| _____ | : | RELATED TO DOCKET NO.: 6 |
| Jason Paul Gustafson, | : | |
|     Movant, | : | HEARING DATE & TIME: |
| | : | May 4, 2022 at 11:30 a.m. |
|     vs. | : | |
| | : | |
| M&T Bank, | : | |
| Quicken Loans, | : | |
| John Deere Financial, | : | |
| | : | FILED PURSUANT TO 11 USC § 362 (C) (3) (B) |
|     AND | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
|     Chapter 13 Trustee | : | |
|     Respondents. | : | |

### ORDER REGARDING MOTION TO EXTEND THE AUTOMATIC STAY

**AND NOW,** on this ___29th___ day of _____April_____, 2022, upon consideration of the within Motion to Extend the Automatic Stay, it is hereby ORDERED, ADJUDGED AND DECREED that the Automatic Stay is EXTENDED pursuant of 11 U.S.C. §362 (C) (3) (B). The Automatic Stay provided under 11 U.S.C. §362 (a) is EXTENDED as to all respondents until further Order of Court.

BY THE COURT,

_____

Thomas P. Agresti, Judge   **nms**
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

In re:

Jason Paul Gustafson

    Debtor

Case No. 22-10161-TPA

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1

Date Rcvd: Apr 29, 2022

User: auto

Form ID: pdf900

Page 1 of 3

Total Noticed: 43

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jason Paul Gustafson, 2331 Lake Street, Lake City, PA 16423-1324 |
| 15470270 | + | Bank of America, P.O. Box 982238, El Paso, TX 79998-2238 |
| 15473059 | | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 15470271 | + | Bank of America, N.A., P.O. Box 982284, El Paso, TX 79998-2284 |
| 15470281 | ++ | CREDIT PROTECTION ASSOCIATION LP, PARKWAY CENTER V, 2500 DALLAS PARKWAY SUTIE 500, PLANO TX 75093-4805 address filed with court:, Credit Protection Associates, 13355 Noel Road, Dallas, TX 75240 |
| 15470276 | | Capital One/Kohl's, N56 West 17000 Ridgewood Drive, Menomonee Falls, WI 53051 |
| 15470284 | + | John Deere Financial, P.O. Box 4450, Carol Stream, IL 60197-4450 |
| 15470291 | + | Northwest Bank, c/o Colleen Lamberto, P.O. Box 337, Warren, PA 16365-0337 |
| 15470294 | + | Presta Contractor Supply, Inc., 2669 West 16th Street, Erie, PA 16505-4303 |
| 15470299 | + | Richard W. Keifer III, Esquire, 311 Market Street, Kingston, PA 18704-5428 |
| 15470304 | + | Tendto Credit Union, 1129 State Street, Erie, PA 16501-1911 |
| 15472673 | | UPMC PHYSICIAN SERVICES, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15470270 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 29 2022 23:24:00 | Bank of America, P.O. Box 982238, El Paso, TX 79998-2238 |
| 15470271 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Apr 29 2022 23:24:00 | Bank of America, N.A., P.O. Box 982284, El Paso, TX 79998-2284 |
| 15470272 | | Email/Text: cescandell@calautomotive.com | Apr 29 2022 23:24:00 | CAL Automotive, 4556 South Broad Street, Yardville, NJ 08620 |
| 15470274 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 29 2022 23:23:25 | Capital One Bank USA, N.A., 15000 Capital One Drive, Richmond, VA 23238 |
| 15470273 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 29 2022 23:22:49 | Capital One Bank (USA), N.A., by American Infosource as agent, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 15470275 | + | Email/PDF: bncnotices@becket-lee.com | Apr 29 2022 23:23:27 | Capital One, N.A., c/o Becket and Lee, LLP, P.O. Box 3001, Malvern, PA 19355-0701 |
| 15470277 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 29 2022 23:23:32 | Citibank, N.A., P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 15470278 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 29 2022 23:33:39 | Citibank/The Home Depot, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 15470279 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 29 2022 23:24:00 | Comenity Bank / Legendry Pine, P.O. Box 182789, Columbus, OH 43218-2789 |
| 15470280 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 29 2022 23:24:00 | Comenity Capital Bank / Dental First, P.O. Box 182120, Columbus, OH 43218-2120 |
| 15470282 | | Email/Text: litbkcourtmail@johndeere.com | Apr 29 2022 23:24:00 | Deere & Company, d/b/a John Deere Financial, |

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 29, 2022 | Form ID: pdf900 | Total Noticed: 43 |

|  |  |  |  |
|---|---|---|---|
|  |  |  | P.O. Box 6600, Johnston, IA 50131 |
| 15470283 | Email/Text: collectionbankruptcies.bancorp@53.com | | |
|  |  | Apr 29 2022 23:25:00 | Fifth Third Bank, 5050 Kingsley Drive, Cincinnati, OH 45263 |
| 15470286 | + Email/PDF: resurgentbknotifications@resurgent.com | | |
|  |  | Apr 29 2022 23:23:31 | LVNV Funding, LLC, Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 15470285 | + Email/Text: bk@lendingclub.com | | |
|  |  | Apr 29 2022 23:25:00 | Lending Club Corporation, 71 Stevenson Rd., San Francisco, CA 94105-2934 |
| 15470287 | Email/Text: camanagement@mtb.com | | |
|  |  | Apr 29 2022 23:24:00 | M&T Bank, P.O. Box 900, Millsboro, DE 19966 |
| 15470288 | + Email/Text: camanagement@mtb.com | | |
|  |  | Apr 29 2022 23:24:00 | M&T Bank, P.O. Box 1508, Buffalo, NY 14240-1508 |
| 15470289 | + Email/Text: anthony.stuart@marquettesavings.bank | | |
|  |  | Apr 29 2022 23:25:00 | Marquette Savings Bank, 920 Peach Street, Erie, PA 16501-1486 |
| 15470290 | + Email/Text: Bankruptcy@natfuel.com | | |
|  |  | Apr 29 2022 23:24:00 | National Fuel, 1100 State Street, Erie, PA 16501-1912 |
| 15470292 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
|  |  | Apr 29 2022 23:22:56 | Portfolio Recovery Associates, LLC, P.O. Box 12914, Norfolk, VA 23541 |
| 15470293 | + Email/PDF: rmscedi@recoverycorp.com | | |
|  |  | Apr 29 2022 23:23:30 | PRA Receivables Management, LLC, P.O. Box 41021, Norfolk, VA 23541-1021 |
| 15470623 | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
|  |  | Apr 29 2022 23:24:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 15470296 | + Email/Text: bnc-quantum@quantum3group.com | | |
|  |  | Apr 29 2022 23:24:00 | Quantum3 Group LLC as agent for, Comenity Bank, P.O. Box 788, Kirkland, WA 98083-0788 |
| 15470295 | + Email/Text: bnc-quantum@quantum3group.com | | |
|  |  | Apr 29 2022 23:24:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, P.O. Box 788, Kirkland, WA 98083-0788 |
| 15471846 | Email/Text: bnc-quantum@quantum3group.com | | |
|  |  | Apr 29 2022 23:24:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15470297 | + Email/Text: bankruptcyteam@quickenloans.com | | |
|  |  | Apr 29 2022 23:25:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15470298 | + Email/Text: bankruptcyteam@quickenloans.com | | |
|  |  | Apr 29 2022 23:25:00 | Quicken Loans Inc, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 15475428 | + Email/Text: bankruptcyteam@quickenloans.com | | |
|  |  | Apr 29 2022 23:25:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 15470300 | + Email/PDF: gecsedi@recoverycorp.com | | |
|  |  | Apr 29 2022 23:23:26 | Synchrony Bank, c/o PRA Receivables Management, LLC, P.O. Box 41021, Norfolk, VA 23541-1021 |
| 15470880 | + Email/PDF: gecsedi@recoverycorp.com | | |
|  |  | Apr 29 2022 23:22:54 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15470301 | + Email/PDF: gecsedi@recoverycorp.com | | |
|  |  | Apr 29 2022 23:23:27 | Synchrony Bank / Lowes, P.O. Box 956005, Orlando, FL 32896-0001 |
| 15470302 | + Email/PDF: gecsedi@recoverycorp.com | | |
|  |  | Apr 29 2022 23:23:14 | Synchrony Bank/JC Penneys, P.O. Box 965007, Orlando, FL 32896-5007 |
| 15470303 | + Email/PDF: gecsedi@recoverycorp.com | | |
|  |  | Apr 29 2022 23:23:13 | Synchrony Bank/Walmart, P.O. Box 965024, Orlando, FL 32896-5024 |
| 15470305 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
|  |  | Apr 29 2022 23:23:16 | The Home Depot / Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 33

District/off: 0315-1          User: auto          Page 3 of 3

Date Rcvd: Apr 29, 2022          Form ID: pdf900          Total Noticed: 43

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15473229 | * | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2022          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor Jason Paul Gustafson dan@mrdebtbuster.com<br>katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4