**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE NO. 21-10161-TPA |
| | : | |
| Jason Paul Gustafson, | : | CHAPTER 13 |
| Debtor, | : | |
| _____ | : | RELATED TO DOCKET NO.: 17 |
| Jason Paul Gustafson, | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| M&T Bank, | : | |
| Quicken Loans, | : | |
| John Deere Financial, | : | |
| | : | |
| And | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondents. | : | |

**CERTIFICATE OF SERVICE**

I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the ORDER REGARDING MOTION TO EXTEND THE AUTOMATIC STAY by Certified Mail, U.S. Postage Paid on the parties below*.


Executed on: **May 3, 2022**                                       *By: /s/ Kaitlyn E. Vale*
                                                                   Kaitlyn E. Vale, PARALEGAL
                                                                   FOSTER LAW OFFICES
                                                                   1210 Park Avenue
                                                                   Meadville, PA 16335
                                                                   Tel 814.724.1165
                                                                   Fax 814.724.1158

# MATRIX

**Jason Gustafson**
2331 Lake Street
Lake City, PA 16423
*Service via U.S. Mail*

**M&T Bank**
P.O. Box 1508
Buffalo, NY 14240
*Service via U.S. Mail*

**Quicken Loans**
1050 Woodward Avenue
Detroit, MI 48226
*Service via U.S. Mail*

**John Deere Financial**
P.O. Box 4450
Carol Stream, IL 60197
*Service via U.S. Mail*

**Ronda J. Winnecour**
cmecf@chapter13trusteewdpa.com
*Service via CM/ECF*

**Office of the U.S. Trustee**
ustpregion03.pi.ecf@usdoj.gov
*Service via CM/ECF*