# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 22-10161-TPA |
| | : | |
| Jason Paul Gustafson, | : | CHAPTER 13 |
| Debtor. | : | |
| | : | |

## PAYMENT ADVICES FOR THE PRIOR SIXTY (60) DAYS (PROOF OF INCOME)

**DATES OF ENCLOSED PAYMENT ADVICES:**

February 4, 2022

February 18, 2022

March 4, 2022

March 18, 2022

April 1, 2022


**Next Payment Advice Expected (post-filing):**

April 15, 2022

K.V.

**GUSTAFSON, JASON**

**Gatesman Home Improvement**
1591 Lake Street
Lake City, PA 16423

**Personal Earnings Statement**
RP_010_0001 ©2012 ReadyPay

2726   21 02/04/22 2743
**JASON P. GUSTAFSON**
2331 LAKE ST
LAKE CITY, PA 16423

### JASON P. GUSTAFSON — February 04, 2022 — 2743

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Emp Id | 21 | Loc | 100 | Period Begin | 01/16/22 | Net Pay | 1,231.83 |
| SSN | XXX-XX-1019 | Hire Date | 07/19/21 | Period End | 01/29/22 | Dir Dep | 1,231.83 |
| | | Status | A | Check Type | Reg | | |

#### Earnings Summary

| Total Gross Pay | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Regular | 51.00 | 30.00 | 1,530.00 | 4,035.00 |
| | 51.00 | | 1,530.00 | 4,035.00 |

| Taxes | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | S1-0 | 1,530.00 | 115.93 | 281.19 |
| OASDI | | 1,530.00 | 94.86 | 250.17 |
| Medicare | | 1,530.00 | 22.19 | 58.51 |
| Medicare - Additional | | 1,530.00 | 0.00 | 0.00 |
| Pennsylvania SITW | S-0 | 1,530.00 | 46.97 | 123.87 |
| PA SUI - EE | | 1,530.00 | 0.92 | 2.42 |
| Erie - Girard S D - Lake | | 1,530.00 | 15.30 | 40.35 |
| 250603 - Erie - Girard S | | 1,530.00 | 2.00 | 6.00 |
| | | | 298.17 | 762.51 |

#### Payment Summary for Voucher 2743

| | |
|---|---|
| Total Gross Pay | 1,530.00 |
| Federal Taxes | -232.98 |
| State and Local Taxes | -65.19 |
| Other Deductions | 0.00 |
| Net Pay | |
| Direct Deposits | -1,231.83 |
| Net Check | |

#### Additional Information

#### Direct Deposits

| Bank | Account | Current Amt |
|---|---|---|
| MARQUETTE SAVINGS | Ends with ***6285 | 1,231.83 |
| | | 1,231.83 |

Gatesman Home Improvement
1591 Lake Street
Lake City, PA 16423

**Personal Earnings Statement**

2726   21  02/18/22  2749
JASON P. GUSTAFSON
2331 LAKE ST
LAKE CITY, PA 16423

| Emp Id | 21 | Loc | 100 | Period Begin | 01/30/22 | Net Pay | 1,483.36 |
|---|---|---|---|---|---|---|---|
| SSN | XXX-XX-1019 | Hire Date | 07/19/21 | Period End | 02/12/22 | Dir Dep | 1,483.36 |
|  |  | Status | A | Check Type | Reg |  |  |

### Earnings Summary

| Total Gross Pay | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Regular | 62.00 | 30.00 | 1,860.00 | 5,895.00 |
|  | 62.00 |  | 1,860.00 | 5,895.00 |

| Taxes | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | S1-0 | 1,860.00 | 155.53 | 436.72 |
| OASDI |  | 1,860.00 | 115.32 | 365.49 |
| Medicare |  | 1,860.00 | 26.97 | 85.48 |
| Medicare - Additional |  | 1,860.00 | 0.00 | 0.00 |
| Pennsylvania SITW | S-0 | 1,860.00 | 57.10 | 180.97 |
| PA SUI - EE |  | 1,860.00 | 1.12 | 3.54 |
| Erie - Girard S D - Lake |  | 1,860.00 | 18.60 | 58.95 |
| 250603 - Erie - Girard S |  | 1,860.00 | 2.00 | 8.00 |
|  |  |  | 376.64 | 1,139.15 |

### Payment Summary for Voucher 2749

| Total Gross Pay | 1,860.00 |
|---|---|
| Federal Taxes | -297.82 |
| State and Local Taxes | -78.82 |
| Other Deductions | 0.00 |
| Net Pay |  |
| Direct Deposits | -1,483.36 |
| Net Check |  |

### Additional Information

### Direct Deposits

| Bank | Account | Current Amt |
|---|---|---|
| MARQUETTE SAVINGS | Ends with ***6285 | 1,483.36 |
|  |  | 1,483.36 |

Gatesman Home Improvement
1591 Lake Street
Lake City, PA 16423

**Personal Earnings Statement**
RP_910_6201 ©2012 ReadyPay

2726  21  03/04/22  2755
**JASON P. GUSTAFSON**
2331 LAKE ST
LAKE CITY, PA 16423

### JASON P. GUSTAFSON — March 04, 2022 — 2755

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Emp Id | 21 | Loc | 100 | Period Begin | 02/13/22 | Net Pay | 1,865.43 |
| SSN | XXX-XX-1019 | Hire Date | 07/19/21 | Period End | 02/26/22 | Dir Dep | 1,865.43 |
| | | Status | A | Check Type | Reg | | |

#### Earnings Summary

| Total Gross Pay | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Regular | 80.00 | 30.00 | 2,400.00 | 8,295.00 |
| | 80.00 | | 2,400.00 | 8,295.00 |

| Taxes | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | S1-0 | 2,400.00 | 249.85 | 686.57 |
| OASDI | | 2,400.00 | 148.80 | 514.29 |
| Medicare | | 2,400.00 | 34.80 | 120.28 |
| Medicare - Additional | | 2,400.00 | 0.00 | 0.00 |
| Pennsylvania SITW | S-0 | 2,400.00 | 73.68 | 254.65 |
| PA SUI - EE | | 2,400.00 | 1.44 | 4.98 |
| Erie - Girard S D - Lake | | 2,400.00 | 24.00 | 82.95 |
| 250603 - Erie - Girard S | | 2,400.00 | 2.00 | 10.00 |
| | | | 534.57 | 1,673.72 |

#### Payment Summary / Voucher 2755

| | |
|---|---|
| Total Gross Pay | 2,400.00 |
| Federal Taxes | -433.45 |
| State and Local Taxes | -101.12 |
| Other Deductions | 0.00 |
| Net Pay | 1,865.43 |
| Direct Deposits | -1,865.43 |
| Net Check | 0.00 |

#### Additional Information

#### Direct Deposits

| Bank | Account | Current Amt |
|---|---|---|
| MARQUETTE SAVINGS | Ends with ***6285 | 1,865.43 |
| | | 1,865.43 |

*Handwritten:*
2/13 - 2/19/22  40.00
2/20 - 2/26/22  40.00
                80.00

**Gatesman Home Improvement**
1591 Lake Street
Lake City, PA 16423

**Personal Earnings Statement**

2726   21  03/18/22  2761
**JASON P. GUSTAFSON**
2331 LAKE ST
LAKE CITY, PA 16423

JASON P. GUSTAFSON        March 18, 2022        229

| Emp Id | 21 | Loc | 100 | Period Begin | 02/27/22 | Net Pay | 1,766.10 |
|---|---|---|---|---|---|---|---|
| SSN | XXX-XX-1019 | Hire Date | 07/19/21 | Period End | 03/12/22 | Dir Dep | 1,766.10 |
| | | Status | A | Check Type | Reg | | |

| Total Gross Pay | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Regular | 75.00 | 30.00 | 2,250.00 | 10,545.00 |
| | 75.00 | | 2,250.00 | 10,545.00 |

| Taxes | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | S1-0 | 2,250.00 | 216.85 | 903.42 |
| OASDI | | 2,250.00 | 139.50 | 653.79 |
| Medicare | | 2,250.00 | 32.62 | 152.90 |
| Medicare - Additional | | 2,250.00 | 0.00 | 0.00 |
| Pennsylvania SITW | S-0 | 2,250.00 | 69.08 | 323.73 |
| PA SUI - EE | | 2,250.00 | 1.35 | 6.33 |
| Erie - Girard S D - Lake | | 2,250.00 | 22.50 | 105.45 |
| 250603 - Erie - Girard S | | 2,250.00 | 2.00 | 12.00 |
| | | | 483.90 | 2,157.62 |

| | |
|---|---|
| Total Gross Pay | 2,250.00 |
| Federal Taxes | -388.97 |
| State and Local Taxes | -94.93 |
| Other Deductions | 0.00 |
| Net Pay | |
| Direct Deposits | -1,766.10 |
| Net Check | |

**Direct Deposits**

| Bank | Account | Current Amt |
|---|---|---|
| MARQUETTE SAVINGS | Ends with ***6285 | 1,766.10 |
| | | 1,766.10 |

**Gatesman Home Improvement**
1591 Lake Street
Lake City, PA 16423

**Personal Earnings Statement**

2726   21 04/01/22 2766
**JASON P. GUSTAFSON**
2331 LAKE ST
LAKE CITY, PA 16423

| Emp Id | 21 | Loc | 100 | Period Begin | 03/13/22 | Net Pay | 1,529.10 |
|---|---|---|---|---|---|---|---|
| SSN | XXX-XX-1019 | Hire Date | 07/19/21 | Period End | 03/26/22 | Dir Dep | 1,529.10 |
| | | Status | A | Check Type | Reg | | |

| Total Gross Pay | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Regular | 64.00 | 30.00 | 1,920.00 | 12,465.00 |
| | 64.00 | | 1,920.00 | 12,465.00 |

| Taxes | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | S1-0 | 1,920.00 | 162.73 | 1,066.15 |
| OASDI | | 1,920.00 | 119.04 | 772.83 |
| Medicare | | 1,920.00 | 27.84 | 180.74 |
| Medicare - Additional | | 1,920.00 | 0.00 | 0.00 |
| Pennsylvania SITW | S-0 | 1,920.00 | 58.94 | 382.67 |
| PA SUI - EE | | 1,920.00 | 1.15 | 7.48 |
| Erie - Girard S D - Lake | | 0.00 | 0.00 | 105.45 |
| Erie - Millcreek Townsl | | 1,920.00 | 19.20 | 19.20 |
| 250603 - Erie - Girard S | | 0.00 | 0.00 | 12.00 |
| 250901 - Erie - Millcre | | 1,920.00 | 2.00 | 2.00 |
| | | | 390.90 | 2,548.52 |

| | | |
|---|---|---|
| Total Gross Pay | | 1,920.00 |
| Federal Taxes | | -309.61 |
| State and Local Taxes | | -81.29 |
| Other Deductions | | 0.00 |
| Net Pay | | |
| Direct Deposits | | -1,529.10 |
| Net Check | | |

| Bank | Account | Current Amt |
|---|---|---|
| MARQUETTE SAVINGS | Ends with ***6285 | 1,529.10 |
| | | 1,529.10 |