| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Jason Paul Gustafson<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–1019<br>EIN: _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | WESTERN DISTRICT OF PENNSYLVANIA | Date case filed for chapter:   13   4/5/22 |
| Case number: | 22–10161–TPA | |

## Official Form 309I
### Notice of Chapter 13 Bankruptcy Case                                                                    10/20

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | Debtor's full name | Jason Paul Gustafson | |
| 2. | All other names used in the last 8 years | | |
| 3. | Address | 2331 Lake Street<br>Lake City, PA 16423 | |
| 4. | **Debtor's attorney**<br>Name and address | Daniel P. Foster<br>Foster Law Offices<br>1210 Park Avenue<br>Meadville, PA 16335 | Contact phone 814.724.1165<br>Email: dan@mrdebtbuster.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–471–5566<br>Email: cmecf@chapter13trusteewdpa.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | U.S. Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA 16501 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 814–464–9740<br><br>Date: 5/11/22 |

**For more information, see page 2**

Debtor **Jason Paul Gustafson**    Case number **22–10161–TPA**

| | | |
|---|---|---|
| **7. Meeting of creditors** <br> Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **June 21, 2022 at 09:00 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:** <br> **remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com** |
| **8. Deadlines** <br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:** <br> **You must file:** <br> • a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or <br> • a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 8/22/22** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 6/14/22** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 10/3/22** |
| | **Deadlines for filing proof of claim:** <br>  A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. <br> If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed. <br> Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on: <br> **6/21/22** at **09:00 AM** , Location: **remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 22-10161-TPA
Jason Paul Gustafson     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: auto     Page 1 of 4
Date Rcvd: May 11, 2022     Form ID: 309I     Total Noticed: 54

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jason Paul Gustafson, 2331 Lake Street, Lake City, PA 16423-1324 |
| aty | + | Brian Nicholas, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15478273 | + | Amato and Keating, P.C., 107 North Commerce Way, Suite 100, Bethlehem, PA 18017-8913 |
| 15473059 | | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 15470281 | ++ | CREDIT PROTECTION ASSOCIATION LP, PARKWAY CENTER V, 2500 DALLAS PARKWAY SUTIE 500, PLANO TX 75093-4805 address filed with court:, Credit Protection Associates, 13355 Noel Road, Dallas, TX 75240 |
| 15470276 | | Capital One/Kohl's, N56 West 17000 Ridgewood Drive, Menomonee Falls, WI 53051 |
| 15470284 | + | John Deere Financial, P.O. Box 4450, Carol Stream, IL 60197-4450 |
| 15470291 | + | Northwest Bank, c/o Colleen Lamberto, P.O. Box 337, Warren, PA 16365-0337 |
| 15470294 | + | Presta Contractor Supply, Inc., 2669 West 16th Street, Erie, PA 16505-4303 |
| 15470299 | + | Richard W. Keifer III, Esquire, 311 Market Street, Kingston, PA 18704-5428 |
| 15478277 | + | Schaffner Knight Minnaugh & Co., 1545 West 38th Street, Erie, PA 16508-2347 |
| 15470304 | + | Tendto Credit Union, 1129 State Street, Erie, PA 16501-1911 |
| 15472673 | | UPMC PHYSICIAN SERVICES, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: dan@mrdebtbuster.com | May 11 2022 23:52:00 | Daniel P. Foster, Foster Law Offices, 1210 Park Avenue, Meadville, PA 16335 |
| tr | + | Email/Text: bnc@chapter13trusteewdpa.com | May 11 2022 23:52:00 | Ronda J. Winnecour, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA 15219-2702 |
| smg | | EDI: PENNDEPTREV | May 12 2022 03:53:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 11 2022 23:52:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.pi.ecf@usdoj.gov | May 11 2022 23:52:00 | Office of the United States Trustee, Liberty Center., 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222-3721 |
| 15470270 | + | EDI: BANKAMER.COM | May 12 2022 03:53:00 | Bank of America, P.O. Box 982238, El Paso, TX 79998-2238 |
| 15470271 | + | EDI: BANKAMER2.COM | May 12 2022 03:53:00 | Bank of America, N.A., P.O. Box 982284, El Paso, TX 79998-2284 |
| 15478274 | + | Email/Text: updates@brennanclark.com | May 11 2022 23:52:00 | Brennan & Clark, 721 East Madison Street, Suite 200, Villa Park, IL 60181-3083 |
| 15470272 | | Email/Text: cescandell@calautomotive.com | May 11 2022 23:52:00 | CAL Automotive, 4556 South Broad Street, Yardville, NJ 08620 |

| Recipient ID | Notice Method | Date/Time | Name and Address |
|---|---|---|---|
| 15470274 | EDI: CAPITALONE.COM | May 12 2022 03:53:00 | Capital One Bank USA, N.A., 15000 Capital One Drive, Richmond, VA 23238 |
| 15470273 | + EDI: CAPITALONE.COM | May 12 2022 03:53:00 | Capital One Bank (USA), N.A., by American Infosource as agent, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 15470275 | + Email/PDF: bncnotices@becket-lee.com | May 12 2022 00:05:28 | Capital One, N.A., c/o Becket and Lee, LLP, P.O. Box 3001, Malvern, PA 19355-0701 |
| 15470277 | + EDI: CITICORP.COM | May 12 2022 03:53:00 | Citibank, N.A., P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 15470278 | + EDI: CITICORP.COM | May 12 2022 03:53:00 | Citibank/The Home Depot, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 15470279 | + EDI: WFNNB.COM | May 12 2022 03:53:00 | Comenity Bank / Legendry Pine, P.O. Box 182789, Columbus, OH 43218-2789 |
| 15470280 | + EDI: WFNNB.COM | May 12 2022 03:53:00 | Comenity Capital Bank / Dental First, P.O. Box 182120, Columbus, OH 43218-2120 |
| 15470282 | Email/Text: litbkcourtmail@johndeere.com | May 11 2022 23:52:00 | Deere & Company, d/b/a John Deere Financial, P.O. Box 6600, Johnston, IA 50131 |
| 15478275 | + Email/Text: bankruptcy@erieinsurance.com | May 11 2022 23:53:00 | Erie Insurance Company, 100 Erie Insurance Place, Erie, PA 16530-0001 |
| 15470283 | Email/Text: collectionbankruptcies.bancorp@53.com | May 11 2022 23:52:00 | Fifth Third Bank, 5050 Kingsley Drive, Cincinnati, OH 45263 |
| 15478276 | + EDI: IRS.COM | May 12 2022 03:53:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15470286 | + Email/PDF: resurgentbknotifications@resurgent.com | May 11 2022 23:55:21 | LVNV Funding, LLC, Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 15470285 | + Email/Text: bk@lendingclub.com | May 11 2022 23:52:00 | Lending Club Corporation, 71 Stevenson Rd., San Francisco, CA 94105-2934 |
| 15470287 | Email/Text: camanagement@mtb.com | May 11 2022 23:52:00 | M&T Bank, P.O. Box 900, Millsboro, DE 19966 |
| 15470288 | + Email/Text: camanagement@mtb.com | May 11 2022 23:52:00 | M&T Bank, P.O. Box 1508, Buffalo, NY 14240-1508 |
| 15470289 | + Email/Text: anthony.stuart@marquettesavings.bank | May 11 2022 23:53:00 | Marquette Savings Bank, 920 Peach Street, Erie, PA 16501-1486 |
| 15470290 | + Email/Text: Bankruptcy@natfuel.com | May 11 2022 23:52:00 | National Fuel, 1100 State Street, Erie, PA 16501-1912 |
| 15470292 | EDI: PRA.COM | May 12 2022 03:53:00 | Portfolio Recovery Associates, LLC, P.O. Box 12914, Norfolk, VA 23541 |
| 15470293 | + EDI: RECOVERYCORP.COM | May 12 2022 03:53:00 | PRA Receivables Management, LLC, P.O. Box 41021, Norfolk, VA 23541-1021 |
| 15470623 | EDI: PENNDEPTREV | May 12 2022 03:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 15470623 | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 11 2022 23:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 15470296 | + EDI: Q3G.COM | May 12 2022 03:53:00 | Quantum3 Group LLC as agent for, Comenity Bank, P.O. Box 788, Kirkland, WA 98083-0788 |
| 15470295 | + EDI: Q3G.COM | May 12 2022 03:53:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, P.O. Box 788, Kirkland, WA 98083-0788 |
| 15471846 | EDI: Q3G.COM | May 12 2022 03:53:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |

| District/off: 0315-1 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 11, 2022 | Form ID: 309I | Total Noticed: 54 |

| | | | | |
|---|---|---|---|---|
| 15470297 | + Email/Text: bankruptcyteam@quickenloans.com | | May 11 2022 23:52:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15470298 | + Email/Text: bankruptcyteam@quickenloans.com | | May 11 2022 23:52:00 | Quicken Loans Inc, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 15475428 | + Email/Text: bankruptcyteam@quickenloans.com | | May 11 2022 23:52:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 15470300 | + EDI: RMSC.COM | | May 12 2022 03:53:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, P.O. Box 41021, Norfolk, VA 23541-1021 |
| 15470880 | + EDI: RMSC.COM | | May 12 2022 03:53:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15470301 | + EDI: RMSC.COM | | May 12 2022 03:53:00 | Synchrony Bank / Lowes, P.O. Box 956005, Orlando, FL 32896-0001 |
| 15470302 | + EDI: RMSC.COM | | May 12 2022 03:53:00 | Synchrony Bank/JC Penneys, P.O. Box 965007, Orlando, FL 32896-5007 |
| 15470303 | + EDI: RMSC.COM | | May 12 2022 03:53:00 | Synchrony Bank/Walmart, P.O. Box 965024, Orlando, FL 32896-5024 |
| 15470305 | + EDI: CITICORP.COM | | May 12 2022 03:53:00 | The Home Depot / Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15478278 | + Email/Text: donald.miehls@tradesmeninternational.com | | May 11 2022 23:53:00 | Tradesmen International, LLC, 9760 Shepard Road, Macedonia, OH 44056-1124 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15473229 | * | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2022            Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | |

District/off: 0315-1 | User: auto | Page 4 of 4
Date Rcvd: May 11, 2022 | Form ID: 309I | Total Noticed: 54

on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com

Daniel P. Foster
on behalf of Debtor Jason Paul Gustafson dan@mrdebtbuster.com
katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 4