IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 22-10161-TPA |
| | : | |
| Jason Paul Gustafson, | : | CHAPTER 13 |
| Debtor. | : | |
| | : | |

**PAYMENT ADVICES FOR THE PRIOR SIXTY (60) DAYS (PROOF OF INCOME)**

DATES OF ENCLOSED PAYMENT ADVICES:

February 4, 2022

February 18, 2022

March 4, 2022

March 18, 2022

April 1, 2022


Next Payment Advice Expected (post-filing):

April 15, 2022

K.V.

GUSTAFSON, JASON

**Gatesman Home Improvement**
1591 Lake Street
Lake City, PA 16423

**Personal Earnings Statement**
RP_010_0001 ©2012 ReadyPay

2726   21  02/04/22  2743
**JASON P. GUSTAFSON**
2331 LAKE ST
LAKE CITY, PA 16423

### JASON P. GUSTAFSON — February 04, 2022 — 2743

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Emp Id | 21 | Loc | 100 | Period Begin | 01/16/22 | Net Pay | 1,231.83 |
| SSN | XXX-XX-1019 | Hire Date | 07/19/21 | Period End | 01/29/22 | Dir Dep | 1,231.83 |
| | | Status | A | Check Type | Reg | | |

#### Earnings Summary

| Total Gross Pay | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Regular | 51.00 | 30.00 | 1,530.00 | 4,035.00 |
| | 51.00 | | 1,530.00 | 4,035.00 |

| Taxes | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | S1-0 | 1,530.00 | 115.93 | 281.19 |
| OASDI | | 1,530.00 | 94.86 | 250.17 |
| Medicare | | 1,530.00 | 22.19 | 58.51 |
| Medicare - Additional | | 1,530.00 | 0.00 | 0.00 |
| Pennsylvania SITW | S-0 | 1,530.00 | 46.97 | 123.87 |
| PA SUI - EE | | 1,530.00 | 0.92 | 2.42 |
| Erie - Girard S D - Lak( | | 1,530.00 | 15.30 | 40.35 |
| 250603 - Erie - Girard ( | | 1,530.00 | 2.00 | 6.00 |
| | | | 298.17 | 762.51 |

#### Payment Summary for Voucher 2743

| | |
|---|---|
| Total Gross Pay | 1,530.00 |
| Federal Taxes | -232.98 |
| State and Local Taxes | -65.19 |
| Other Deductions | 0.00 |
| Net Pay | 1,231.83 |
| Direct Deposits | -1,231.83 |
| Net Check | 0.00 |

#### Additional Information

#### Direct Deposits

| Bank | Account | Current Amt |
|---|---|---|
| MARQUETTE SAVINGS | Ends with ***6285 | 1,231.83 |
| | | 1,231.83 |

**Gatesman Home Improvement**
1591 Lake Street
Lake City, PA 16423

**Personal Earnings Statement**

2726   21  02/18/22  2749
**JASON P. GUSTAFSON**
2331 LAKE ST
LAKE CITY, PA 16423

| Emp Id | 21 | Loc | 100 | Period Begin | 01/30/22 | Net Pay | 1,483.36 |
|---|---|---|---|---|---|---|---|
| SSN | XXX-XX-1019 | Hire Date | 07/19/21 | Period End | 02/12/22 | Dir Dep | 1,483.36 |
|  |  | Status | A | Check Type | Reg |  |  |

### Earnings Summary

| Total Gross Pay | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Regular | 62.00 | 30.00 | 1,860.00 | 5,895.00 |
|  | 62.00 |  | 1,860.00 | 5,895.00 |

| Taxes | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | S1-0 | 1,860.00 | 155.53 | 436.72 |
| OASDI |  | 1,860.00 | 115.32 | 365.49 |
| Medicare |  | 1,860.00 | 26.97 | 85.48 |
| Medicare - Additional |  | 1,860.00 | 0.00 | 0.00 |
| Pennsylvania SITW | S-0 | 1,860.00 | 57.10 | 180.97 |
| PA SUI - EE |  | 1,860.00 | 1.12 | 3.54 |
| Erie - Girard S D - Lak |  | 1,860.00 | 18.60 | 58.95 |
| 250603 - Erie - Girard S |  | 1,860.00 | 2.00 | 8.00 |
|  |  |  | 376.64 | 1,139.15 |

### Payment Summary / Voucher 2749

| | |
|---|---|
| Total Gross Pay | 1,860.00 |
| Federal Taxes | -297.82 |
| State and Local Taxes | -78.82 |
| Other Deductions | 0.00 |
| Net Pay | 1,483.36 |
| Direct Deposits | -1,483.36 |
| Net Check | 0.00 |

### Direct Deposits

| Bank | Account | Current Amt |
|---|---|---|
| MARQUETTE SAVINGS | Ends with ***6285 | 1,483.36 |
|  |  | 1,483.36 |

**Gatesman Home Improvement**
1591 Lake Street
Lake City, PA 16423

**Personal Earnings Statement**
RP_010_0201 © 2012 ReadyPay

2726  21  03/04/22  2755
**JASON P. GUSTAFSON**
2331 LAKE ST
LAKE CITY, PA 16423

JASON P GUSTAFSON                             March 04, 2022                                                  2755

| Emp Id | 21 | Loc | 100 | Period Begin | 02/13/22 | Net Pay | 1,865.43 |
| SSN | XXX-XX-1019 | Hire Date | 07/19/21 | Period End | 02/26/22 | Dir Dep | 1,865.43 |
| | | Status | A | Check Type | Reg | | |

### Earnings Summary

| Total Gross Pay | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Regular | 80.00 | 30.00 | 2,400.00 | 8,295.00 |
| | 80.00 | | 2,400.00 | 8,295.00 |

| Taxes | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | S1-0 | 2,400.00 | 249.85 | 686.57 |
| OASDI | | 2,400.00 | 148.80 | 514.29 |
| Medicare | | 2,400.00 | 34.80 | 120.28 |
| Medicare - Additional | | 2,400.00 | 0.00 | 0.00 |
| Pennsylvania SITW | S-0 | 2,400.00 | 73.68 | 254.65 |
| PA SUI - EE | | 2,400.00 | 1.44 | 4.98 |
| Erie - Girard S D - Lake | | 2,400.00 | 24.00 | 82.95 |
| 250603 - Erie - Girard S | | 2,400.00 | 2.00 | 10.00 |
| | | | 534.57 | 1,673.72 |

### Payment Summary for Voucher 2755

| | |
|---|---|
| Total Gross Pay | 2,400.00 |
| Federal Taxes | -433.45 |
| State and Local Taxes | -101.12 |
| Other Deductions | 0.00 |
| Net Pay | |
| Direct Deposits | -1,865.43 |
| Net Check | 0.00 |

### Additional Information

### Direct Deposits

| Bank | Account | Current Amt |
|---|---|---|
| MARQUETTE SAVINGS | Ends with ***6285 | 1,865.43 |
| | | 1,865.43 |

2/13 - 2/19/22   40.00
2/20 - 2/26/22   40.00
                 80.00

Gatesman Home Improvement
1591 Lake Street
Lake City, PA 16423

**Personal Earnings Statement**

2726   21 03/18/22 2761
JASON P. GUSTAFSON
2331 LAKE ST
LAKE CITY, PA 16423

JASON P. GUSTAFSON       March 18, 2022       226

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Emp Id | 21 | Loc | 100 | Period Begin | 02/27/22 | Net Pay | 1,766.10 |
| SSN | XXX-XX-1019 | Hire Date | 07/19/21 | Period End | 03/12/22 | Dir Dep | 1,766.10 |
| | | Status | A | Check Type | Reg | | |

### Earnings Summary

| Total Gross Pay | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Regular | 75.00 | 30.00 | 2,250.00 | 10,545.00 |
| | 75.00 | | 2,250.00 | 10,545.00 |

| Taxes | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | S1-0 | 2,250.00 | 216.85 | 903.42 |
| OASDI | | 2,250.00 | 139.50 | 653.79 |
| Medicare | | 2,250.00 | 32.62 | 152.90 |
| Medicare - Additional | | 2,250.00 | 0.00 | 0.00 |
| Pennsylvania SITW | S-0 | 2,250.00 | 69.08 | 323.73 |
| PA SUI - EE | | 2,250.00 | 1.35 | 6.33 |
| Erie - Girard S D - Lake | | 2,250.00 | 22.50 | 105.45 |
| 250603 - Erie - Girard S | | 2,250.00 | 2.00 | 12.00 |
| | | | 483.90 | 2,157.62 |

### Payment Summary / Voucher

| | |
|---|---|
| Total Gross Pay | 2,250.00 |
| Federal Taxes | -388.97 |
| State and Local Taxes | -94.93 |
| Other Deductions | 0.00 |
| Net Pay | |
| Direct Deposits | -1,766.10 |
| Net Check | |

### Additional Information

### Direct Deposits

| Bank | Account | Current Amt |
|---|---|---|
| MARQUETTE SAVINGS | Ends with ***6285 | 1,766.10 |
| | | 1,766.10 |

Gatesman Home Improvement                                                                                              **Personal Earnings Statement**
1591 Lake Street
Lake City, PA 16423

2726   21 04/01/22 2766
**JASON P. GUSTAFSON**
2331 LAKE ST
LAKE CITY, PA 16423

### JASON P. GUSTAFSON — April 01, 2022 — 2766

| Emp Id | 21 | Loc | 100 | Period Begin | 03/13/22 | Net Pay | 1,529.10 |
|---|---|---|---|---|---|---|---|
| SSN | XXX-XX-1019 | Hire Date | 07/19/21 | Period End | 03/26/22 | Dir Dep | 1,529.10 |
| | | Status | A | Check Type | Reg | | |

#### Pay Information

| Total Gross Pay | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Regular | 64.00 | 30.00 | 1,920.00 | 12,465.00 |
| | 64.00 | | 1,920.00 | 12,465.00 |

| Taxes | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | S1-0 | 1,920.00 | 162.73 | 1,066.15 |
| OASDI | | 1,920.00 | 119.04 | 772.83 |
| Medicare | | 1,920.00 | 27.84 | 180.74 |
| Medicare - Additional | | 1,920.00 | 0.00 | 0.00 |
| Pennsylvania SITW | S-0 | 1,920.00 | 58.94 | 382.67 |
| PA SUI - EE | | 1,920.00 | 1.15 | 7.48 |
| Erie - Girard S D - Lake | | 0.00 | 0.00 | 105.45 |
| Erie - Millcreek Townsl | | 1,920.00 | 19.20 | 19.20 |
| 250603 - Erie - Girard S | | 0.00 | 0.00 | 12.00 |
| 250901 - Erie - Millcre | | 1,920.00 | 2.00 | 2.00 |
| | | | 390.90 | 2,548.52 |

#### Pay Summary

| | |
|---|---|
| Total Gross Pay | 1,920.00 |
| Federal Taxes | -309.61 |
| State and Local Taxes | -81.29 |
| Other Deductions | 0.00 |
| Net Pay | |
| Direct Deposits | -1,529.10 |
| Net Check | |

#### Direct Deposits

| Bank | Account | Current Amt |
|---|---|---|
| MARQUETTE SAVINGS | Ends with ***6285 | 1,529.10 |
| | | 1,529.10 |

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                          Case No. 22-10161-TPA
Jason Paul Gustafson                                                              Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1        User: auto        Page 1 of 3
Date Rcvd: May 11, 2022        Form ID: pdf900        Total Noticed: 49

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jason Paul Gustafson, 2331 Lake Street, Lake City, PA 16423-1324 |
| 15478273 | + | Amato and Keating, P.C., 107 North Commerce Way, Suite 100, Bethlehem, PA 18017-8913 |
| 15473059 | | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 15470281 | ++ | CREDIT PROTECTION ASSOCIATION LP, PARKWAY CENTER V, 2500 DALLAS PARKWAY SUTIE 500, PLANO TX 75093-4805 address filed with court:, Credit Protection Associates, 13355 Noel Road, Dallas, TX 75240 |
| 15470276 | | Capital One/Kohl's, N56 West 17000 Ridgewood Drive, Menomonee Falls, WI 53051 |
| 15470284 | + | John Deere Financial, P.O. Box 4450, Carol Stream, IL 60197-4450 |
| 15470291 | + | Northwest Bank, c/o Colleen Lamberto, P.O. Box 337, Warren, PA 16365-0337 |
| 15470294 | + | Presta Contractor Supply, Inc., 2669 West 16th Street, Erie, PA 16505-4303 |
| 15470299 | + | Richard W. Keifer III, Esquire, 311 Market Street, Kingston, PA 18704-5428 |
| 15478277 | + | Schaffner Knight Minnaugh & Co., 1545 West 38th Street, Erie, PA 16508-2347 |
| 15470304 | + | Tendto Credit Union, 1129 State Street, Erie, PA 16501-1911 |
| 15472673 | | UPMC PHYSICIAN SERVICES, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15470270 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 11 2022 23:52:00 | Bank of America, P.O. Box 982238, El Paso, TX 79998-2238 |
| 15470271 | + | Email/Text: mortgagebkcorrespondence@bofa.com | May 11 2022 23:52:00 | Bank of America, N.A., P.O. Box 982284, El Paso, TX 79998-2284 |
| 15478274 | + | Email/Text: updates@brennanclark.com | May 11 2022 23:52:00 | Brennan & Clark, 721 East Madison Street, Suite 200, Villa Park, IL 60181-3083 |
| 15470272 | | Email/Text: cescandell@calautomotive.com | May 11 2022 23:52:00 | CAL Automotive, 4556 South Broad Street, Yardville, NJ 08620 |
| 15470274 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 11 2022 23:55:05 | Capital One Bank USA, N.A., 15000 Capital One Drive, Richmond, VA 23238 |
| 15470273 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 11 2022 23:55:06 | Capital One Bank (USA), N.A., by American Infosource as agent, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 15470275 | + | Email/PDF: bncnotices@becket-lee.com | May 11 2022 23:55:21 | Capital One, N.A., c/o Becket and Lee, LLP, P.O. Box 3001, Malvern, PA 19355-0701 |
| 15470277 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 12 2022 00:05:29 | Citibank, N.A., P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 15470278 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 12 2022 00:05:34 | Citibank/The Home Depot, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 15470279 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 11 2022 23:52:00 | Comenity Bank / Legendry Pine, P.O. Box 182789, Columbus, OH 43218-2789 |
| 15470280 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 11 2022 23:52:00 | Comenity Capital Bank / Dental First, P.O. Box |

Case 22-10161-TPA    Doc 30    Filed 05/13/22    Entered 05/14/22 00:24:46    Desc Imaged
Certificate of Notice    Page 8 of 9

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 11, 2022 | Form ID: pdf900 | Total Noticed: 49 |

| | | | |
|---|---|---|---|
| 15470282 | Email/Text: litbkcourtmail@johndeere.com | May 11 2022 23:52:00 | 182120, Columbus, OH 43218-2120<br>Deere & Company, d/b/a John Deere Financial, P.O. Box 6600, Johnston, IA 50131 |
| 15478275 | + Email/Text: bankruptcy@erieinsurance.com | May 11 2022 23:53:00 | Erie Insurance Company, 100 Erie Insurance Place, Erie, PA 16530-0001 |
| 15470283 | Email/Text: collectionbankruptcies.bancorp@53.com | May 11 2022 23:52:00 | Fifth Third Bank, 5050 Kingsley Drive, Cincinnati, OH 45263 |
| 15478276 | + Email/Text: sbse.cio.bnc.mail@irs.gov | May 11 2022 23:52:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15470286 | + Email/PDF: resurgentbknotifications@resurgent.com | May 11 2022 23:55:07 | LVNV Funding, LLC, Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 15470285 | + Email/Text: bk@lendingclub.com | May 11 2022 23:52:00 | Lending Club Corporation, 71 Stevenson Rd., San Francisco, CA 94105-2934 |
| 15470287 | Email/Text: camanagement@mtb.com | May 11 2022 23:52:00 | M&T Bank, P.O. Box 900, Millsboro, DE 19966 |
| 15470288 | + Email/Text: camanagement@mtb.com | May 11 2022 23:52:00 | M&T Bank, P.O. Box 1508, Buffalo, NY 14240-1508 |
| 15470289 | + Email/Text: anthony.stuart@marquettesavings.bank | May 11 2022 23:53:00 | Marquette Savings Bank, 920 Peach Street, Erie, PA 16501-1486 |
| 15470290 | + Email/Text: Bankruptcy@natfuel.com | May 11 2022 23:52:00 | National Fuel, 1100 State Street, Erie, PA 16501-1912 |
| 15470292 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 12 2022 00:05:28 | Portfolio Recovery Associates, LLC, P.O. Box 12914, Norfolk, VA 23541 |
| 15470293 | + Email/PDF: rmscedi@recoverycorp.com | May 11 2022 23:55:21 | PRA Receivables Management, LLC, P.O. Box 41021, Norfolk, VA 23541-1021 |
| 15470623 | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 11 2022 23:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 15470296 | + Email/Text: bnc-quantum@quantum3group.com | May 11 2022 23:52:00 | Quantum3 Group LLC as agent for, Comenity Bank, P.O. Box 788, Kirkland, WA 98083-0788 |
| 15470295 | + Email/Text: bnc-quantum@quantum3group.com | May 11 2022 23:52:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, P.O. Box 788, Kirkland, WA 98083-0788 |
| 15471846 | Email/Text: bnc-quantum@quantum3group.com | May 11 2022 23:52:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15470297 | + Email/Text: bankruptcyteam@quickenloans.com | May 11 2022 23:52:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15470298 | + Email/Text: bankruptcyteam@quickenloans.com | May 11 2022 23:52:00 | Quicken Loans Inc, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 15475428 | + Email/Text: bankruptcyteam@quickenloans.com | May 11 2022 23:52:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 15470300 | + Email/PDF: gecsedi@recoverycorp.com | May 11 2022 23:55:07 | Synchrony Bank, c/o PRA Receivables Management, LLC, P.O. Box 41021, Norfolk, VA 23541-1021 |
| 15470880 | + Email/PDF: gecsedi@recoverycorp.com | May 11 2022 23:55:07 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15470301 | + Email/PDF: gecsedi@recoverycorp.com | May 11 2022 23:55:21 | Synchrony Bank / Lowes, P.O. Box 956005, Orlando, FL 32896-0001 |
| 15470302 | + Email/PDF: gecsedi@recoverycorp.com | May 12 2022 00:05:28 | Synchrony Bank/JC Penneys, P.O. Box 965007, Orlando, FL 32896-5007 |
| 15470303 | + Email/PDF: gecsedi@recoverycorp.com | May 11 2022 23:55:21 | Synchrony Bank/Walmart, P.O. Box 965024, |

| | | | | |
|---|---|---|---|---|
| | | | | Orlando, FL 32896-5024 |
| 15470305 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 12 2022 00:05:31 | The Home Depot / Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15478278 | + | Email/Text: donald.miehls@tradesmeninternational.com | May 11 2022 23:53:00 | Tradesmen International, LLC, 9760 Shepard Road, Macedonia, OH 44056-1124 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15473229 | * | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2022             Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor Jason Paul Gustafson dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4