**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| JASON PAUL GUSTAFSON | Case No.:22-10161 |
| Debtor(s) | |
| Ronda J. Winnecour | Document No.: |
| Movant | |
| vs. | |
| No Respondents. | |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 04/05/2022 and confirmed on 06/23/2022. The case was subsequently
(B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 14,403.11 |
| Less Refunds to Debtor | 5.01 | |
| TOTAL AMOUNT OF PLAN FUND | | 14,398.10 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 2,825.66 | |
|   Trustee Fee | 703.64 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,529.30 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| ROCKET MORTGAGE LLC FKA QUICKEN I | 0.00 | 7,204.87 | 0.00 | 7,204.87 |
|   Acct: 6019 | | | | |
| ROCKET MORTGAGE LLC FKA QUICKEN I | 12,713.80 | 0.00 | 0.00 | 0.00 |
|   Acct: 6019 | | | | |
| DEERE & CO/JOHN DEERE CREDIT | 529.98 | 0.00 | 0.00 | 0.00 |
|   Acct: 9532 | | | | |
| M & T BANK | 19,234.33 | 2,534.56 | 1,129.37 | 3,663.93 |
|   Acct: 6022 | | | | |
| CERTIFIED AUTOMOTIVE LEASE CORP A/ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 0182 | | | | |
| | | | | 10,868.80 |
| **Priority** | | | | |
| DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| JASON PAUL GUSTAFSON | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| JASON PAUL GUSTAFSON | 5.01 | 5.01 | 0.00 | 0.00 |
|   Acct: | | | | |

| 22-10161 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
|    DANIEL P FOSTER ESQ** | 4,000.00 | 2,825.66 | 0.00 | 0.00 |
|      Acct: | | | | |
|    INTERNAL REVENUE SERVICE* | 16,512.64 | 0.00 | 0.00 | 0.00 |
|      Acct: 1019 | | | | |
|    PA DEPARTMENT OF REVENUE* | 2,309.34 | 0.00 | 0.00 | 0.00 |
|      Acct: 1019 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|    TRADESMEN INTERNATIONAL LLC | 13,584.65 | 0.00 | 0.00 | 0.00 |
|      Acct: 1271 | | | | |
|    BANK OF AMERICA NA** | 5,324.19 | 0.00 | 0.00 | 0.00 |
|      Acct: 3807 | | | | |
|    BRENNAN AND CLARK | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: 8STG | | | | |
|    CERTIFIED AUTOMOTIVE LEASE CORP A/ | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: 0182 | | | | |
|    CAPITAL ONE BANK (USA) NA BY AMERIC, | 5,159.45 | 0.00 | 0.00 | 0.00 |
|      Acct: 0076 | | | | |
|    CAPITAL ONE BANK USA NA | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: 7291 | | | | |
|    PRA/PORTFOLIO RECOVERY ASSOC | 2,628.28 | 0.00 | 0.00 | 0.00 |
|      Acct: 0089 | | | | |
|    QUANTUM3 GROUP LLC - AGENT FOR CC | 1,944.58 | 0.00 | 0.00 | 0.00 |
|      Acct: 5605 | | | | |
|    QUANTUM3 GROUP LLC - AGENT MOMA  | 1,807.64 | 0.00 | 0.00 | 0.00 |
|      Acct: 5366 | | | | |
|    CREDIT PROTECTION ASSOC++ | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: 0010 | | | | |
|    LVNV FUNDING LLC | 10,700.93 | 0.00 | 0.00 | 0.00 |
|      Acct: 7794 | | | | |
|    PRESTA CONTRACTOR SUPPLY CO | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    SCHAFFNER KNOGHT MINNAUGH & CO+ | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    PRA/PORTFOLIO RECOVERY ASSOC | 6,599.83 | 0.00 | 0.00 | 0.00 |
|      Acct: 3642 | | | | |
|    PRA/PORTFOLIO RECOVERY ASSOC | 1,271.83 | 0.00 | 0.00 | 0.00 |
|      Acct: 6929 | | | | |
|    PA DEPARTMENT OF REVENUE* | 627.40 | 0.00 | 0.00 | 0.00 |
|      Acct: 1019 | | | | |
|    M & T BANK | 519.92 | 0.00 | 0.00 | 0.00 |
|      Acct: 6022 | | | | |
|    UPMC PHYSICIAN SERVICES | 220.95 | 0.00 | 0.00 | 0.00 |
|      Acct: 1019 | | | | |
|    LVNV FUNDING LLC | 894.43 | 0.00 | 0.00 | 0.00 |
|      Acct: 1388 | | | | |
|    CAPITAL ONE BANK (USA) NA BY AMERIC, | 3,257.54 | 0.00 | 0.00 | 0.00 |
|      Acct: 8830 | | | | |
|    NATIONAL FUEL GAS DISTRIBUTION COR | 1,994.63 | 0.00 | 0.00 | 0.00 |
|      Acct: 8006 | | | | |
|    SYNCHRONY BANK BY AIS INFOSOURCE | 691.30 | 0.00 | 0.00 | 0.00 |
|      Acct: 2877 | | | | |
|    INTERNAL REVENUE SERVICE* | 6,038.03 | 0.00 | 0.00 | 0.00 |
|      Acct: 1019 | | | | |
|    SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: 3642 | | | | |
|    KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |

| 22-10161 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 3 of 3 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| | * * * N O N E * * * | | | | |

| | | | | | |
|---|---|---|---|---|---|
| TOTAL PAID TO CREDITORS | | | | | 10,868.80 |
| TOTAL CLAIMED | | | | | |
| PRIORITY | 18,821.98 | | | | |
| SECURED | 32,478.11 | | | | |
| UNSECURED | 63,265.58 | | | | |

Date: 10/04/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com